IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TOMMY COURTNEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>*Plaintiff,*<br><br>VS.<br><br>CITY OF KIRBYVILLE, TEXAS AND MAYOR LANETTE HALL,<br>*Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 1:11-cv-00461 |

## PLAINTIFFS' NOTICE OF FIRST SUPPLEMENTAL INITIAL DISCLOSURE

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

Plaintiff Tommy Courtney and on behalf of all others similarly situated (hereinafter referred to collectively as ("Plaintiff"), submit his Notice of First Supplemental Initial Disclosure, and would respectfully show the Court as follows:

**I.**

Plaintiff served his First Supplemental Initial Disclosure to Defendants on January 6, 2012 in accordance with the local rules and the Federal Rules of Civil Procedure. Plaintiff will continue to supplement as circumstances permit and as required by the governing rules.

WHEREFOR, PREMISES CONSIDERED, Plaintiff Tommy Courtney prays that the Court take notice of such Disclosure and for such other and further relief to which Plaintiff may be entitled.

        Respectfully submitted,

        **MOORE & ASSOCIATES**

        By: /s/ Melissa Ann Moore
            Melissa Ann Moore
            Federal Id. No. 25122
            State Bar No. 24013189
            Curt Hesse
            Federal Id. No. 968465
            State Bar No. 24065414
            Lyric Center
            440 Louisiana Street, Suite 675
            Houston, Texas 77002
            Telephone: (713) 222-6775
            Facsimile: (713) 222-6739

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January 2012, a copy of the forgoing document was forwarded to all counsel of record via the Court's CM/ECF system.

        /s/ Melissa Moore
        Melissa Moore